AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
Aug 27 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL JONATHAN CORTEZ | ) | Case No. 3-21-mj-71368 MAG |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Feburary 18, 2021__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Theft of Mail |

This criminal complaint is based on these facts:

Please see the attached affidavit of USPIS Inspector Tyler Sherman

☑ Continued on the attached sheet.

Approved as to form */s/Evan M. Mateer*
SAUSA Evan M. Mateer

/s/
*Complainant's signature*

USPIS Inspector Tyler Sherman
*Printed name and title*

Sworn to before me by telephone.

Date: 8/27/2021

*Judge's signature*

City and state: San Francisco, California

Hon. Joseph C. Spero, Chief Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF POSTAL INSPECTOR TYLER SHERMAN
## IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Tyler Sherman, Postal Inspector with the U.S. Postal Inspection Service, being duly sworn, hereby state as follows:

### INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a Criminal Complaint and Arrest Warrant charging **MICHAEL JONATHAN CORTEZ ("CORTEZ")** with attempted mail theft, in violation of Title 18, United States Code ("U.S.C."), Section 1708 – Theft or Receipt of Stolen Mail Matter Generally.

2. The facts and information set forth in this affidavit are based on my personal observations, review of records and images, my training and experience, and, as specifically attributed below, information obtained from law enforcement officers, including federal law enforcement officers of the U.S. Postal Inspection Service ("USPIS"), and witnesses. To the extent that any information in the affidavit is not within my personal knowledge, it has been made available to me through reliable law enforcement sources, and I believe such information to be true.

3. This affidavit is made for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant for **CORTEZ** and does not purport to set forth all my knowledge of, or investigation into, this matter. Rather, I have set forth only those facts that I believe are necessary to support the criminal complaint and lawful arrest of the individual listed in this Affidavit.

4. Where statements made by other individuals (including other law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

1

**AFFIANT BACKGROUND**

5. I am a United States Postal Inspector with the United States Postal Inspection Service, located in the Northern District of California, San Francisco Division, and have been so employed since May 2019. Prior to becoming a Postal Inspector, I was employed by the United States Coast Guard as an Intelligence Officer, investigating and researching Transnational Criminal Organizations and Drug Trafficking Organizations for approximately three years. During my Coast Guard tenor, I was assigned to the Organized Crime Drug Enforcement Task Force Fusion Center as an Intelligence Officer, analyzing information for multiple federal investigations.

6. As a Postal Inspector, I received 14 weeks of federal law enforcement training in the areas of mail theft, mail fraud, identity theft, credit card fraud, robbery, burglary, and external violent criminal activity involving mail at the U.S. Postal Inspection Service training academy. During my employment with the Inspection Service, I have participated in investigations involving the theft of mail, and the related crimes of identity theft, check fraud, bank fraud and access device fraud. I have interviewed subjects, witnesses, and cooperating individuals regarding mail theft, identity theft and external violent crimes. I have also read official investigative reports of other law enforcement officers and Postal Inspectors.

7. I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C., Section 3061. I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of federal law, including 18 U.S.C. Section 1708 – Theft or Receipt of Stolen Mail Matter Generally.

**APPLICABLE LAW**

8. 18 U.S.C. § 1708 makes it a unlawful, in relevant part, to attempt to obtain, from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository for mail matter, or from a letter or mail carrier, any letter, postal card, package, bag, or mail, or abstracts or removes from any such letter, package, bag, or mail, any article or thing contained therein, or secretes, embezzles, or destroys any such letter, postal

card, package, bag, or mail, or any article or thing contained therein.  The elements of attempted mail theft are (1) the defendant intended to steal mail from a post office, letter box, private mail box, mail receptacle, mail route, authorized depository for mail, or mail carrier; and (2) the defendant did something that was a substantial step toward stealing the mail and that strongly corroborated the defendant's intent to commit the crime.

## STATEMENT OF PROBABLE CAUSE

9. In February 2021, the U.S. Postal Inspection Service received multiple reports of mail theft in San Francisco, California, in postal zip code 94109.  Specifically, it was reported U.S. mail was being stolen from U.S. Postal Service (USPS) relay boxes.[1]  The USPS relay boxes were found to be illegally accessed using either a real or counterfeit USPS mail key.[2]

10. On February 16, 2021, Postal Inspectors obtained video surveillance at 1656 Leavenworth Street, in San Francisco, California 94109 of a 2020 Dodge Charger, black in color, with yellow lower trim on the front bumper bearing Arizona temporary license plate "XMA4CGA," ("SUBJECT VEHICLE") involved in mail theft from a USPS relay box on the corner of Vallejo Street and Jones Street.  A still shot of the vehicle involved in the mail theft

---

[1] A relay box is a dark green USPS lockable receptacle on city streets where bundles or strapped U.S. mail is delivered for a letter city carrier to pick up and deliver along his/her route. The letter carrier picks up additional mail from relay boxes and continues this process until his/her entire route is served and allows the carrier to do so without having to return to a distribution center to replenish his/her mail route.

[2] Only USPS employees or authorized contractors are permitted to possess USPS mail keys. USPS mail keys are protected under 18 U.S.C. § 1704, and the unauthorized use or reproduction of these keys is punishable by a fine or imprisonment, or both.

from the relay box on the corner of Vallejo Street and Jones Street taken from the video while the car is on Broadway Street and Leavenworth Street, is set forth here:



11.     On February 18, 2021, U.S Postal Inspectors were conducting a surveillance operation near the 1800 block of Jones Street in San Francisco, California 94109.  At approximately 11:40 AM on February 18, 2021, these Postal Inspectors observed the SUBJECT VEHICLE traveling eastbound on Vallejo Street towards Jones Street.  As Postal Inspectors followed the Dodge Charger they noticed two individuals inside of it (S1 and S2).  Postal Inspectors observed the driver of the subject vehicle, S1, to be white or Hispanic male adult (believed to be **CORTEZ**).  The passenger in the subject vehicle, S2, appeared to be a male adult wearing a black hat and black jacket.

12.     Postal Inspectors observed the Subject Vehicle Passenger exit the SUBJECT VEHICLE and approach the USPS relay box.  The Subject Vehicle Driver, who remained in the SUBJECT VEHICLE, then made an illegal U-turn on Jones Street and double parked in front of the USPS relay box, repositioning the SUBJECT VEHICLE so that it was west-facing on Vallejo Street.  A photograph of the SUBJECT VEHICLE as it was double-parked is set forth here:



13. Postal Inspectors observed the Subject Vehicle Passenger open the USPS relay box, obtain 1-2 relay bags from within it, and close it. The Subject Vehicle Passenger was not wearing a USPS uniform of any kind.

14. Postal Inspectors then activated the patrol lights of their cars and approached the SUBJECT VEHICLE to investigate, surrounding the SUBJECT VEHICLE with their patrol cars. Postal Inspectors, wearing police markings, ordered the individuals out of the vehicle. The Postal Inspectors then heard the SUBJECT VEHICLE's engine rev at a high rate (in other words, based on the sound produced by the engine of the SUBJECT VEHICLE, the Subject Vehicle Driver pressed on the accelerator of the SUBJECT VEHICLE and increased the engine speed), suggesting that the occupants were about to flee. Moments later, the SUBJECT VEHICLE dislodged from the law enforcement vehicles surrounding it by striking one of the Postal Inspectors and a U.S. Postal Inspection Service law enforcement vehicle.

15. The SUBJECT VEHICLE accelerated forward and struck a civilian vehicle on Vallejo Street. The SUBJECT VEHICLE then accelerated westbound on Vallejo Street and struck another civilian vehicle. As it fled, Postal Inspectors were able to obtain the license plate

of the SUBJECT VEHICLE, which bore a temporary Arizona license plate "XMA4CGA." Using this license plate number, Postal Inspectors were able to obtain the vehicle identification number "2C3CDXCT7LH202869."

16. On February 18, 2021, at approximately 5:20 PM, the U.S. Postal Inspection Service received information regarding the possible location of the SUBJECT VEHICLE. Specifically, a postal customer, "M.C.," reported that a vehicle matching the description of the SUBJECT VEHICLE was parked near 1025 Minna Street, in San Francisco, California 94103.

17. On February 18, 2021, at approximately 6:59 PM, Postal Inspectors responded to 1025 Minna Street and, using the temporary Arizona license plate and the vehicle identification number, confirmed that the vehicle was the SUBJECT VEHICLE.

18. On February 18, 2021, the USPIS detained the SUBJECT VEHICLE located near Minna Street and 11th Street in San Francisco, CA. The SUBJECT VEHICLE was photographed and sealed with evidence tape and transferred back to the USPIS San Francisco Division Headquarters secure parking lot to be processed for evidence. On February 22, 2021, USPIS Forensic Laboratory personnel assisted Postal Inspectors in processing the SUBJECT VEHICLE for evidence pursuant to a federal search warrant issued from the Northern District of California. During the search of the SUBJECT VEHICLE, officers recovered a genuine USPS mail key. No mail was found in the car.

19. On February 19, 2021, Postal Inspectors recovered video surveillance footage from February 18 that shows the SUBJECT VEHICLE and an individual that appears to be **CORTEZ** abandoning the vehicle near Minna Street and 11th Street in San Francisco, CA. Based on the time stamp of the surveillance footage, **CORTEZ** abandoned the vehicle approximately seven minutes after the suspects attempting to steal mail had fled from law enforcement using the same Dodge Charger.

20.     On February 20, 2021, I sent a Trakflyer out to law enforcement agencies requesting the assistance of identification of the SUBJECT VEHICLE's driver abandoning the vehicle 1025 Minna Street, in San Francisco, California 94103. On February 21, 2021 and February 23, 2021, I was contacted by law enforcement personnel who identified the subject as **CORTEZ**. Images from the Trakflyer I sent out on February 20, 2021 are below:

 

21.     On March 11, 2021, the USPIS Forensic Laboratory completed the analysis of non-contraband evidence found in the SUBJECT VEHICLE. The USPIS Forensic Laboratory found fingerprints on various pieces of evidence within the subject vehicle from **CORTEZ**, including the interior driver door handle, a laminated prayer card, a parking receipt, a water bottle, and a clear bag from the trunk of the SUBJECT VEHICLE.

## REQUEST TO SEAL

22.     The criminal investigation into the SUBJECT VEHICLE and **CORTEZ**, and others associated with the aforementioned criminal conduct, is ongoing.  In addition, it is my belief that prematurely revealing the specific details, facts, and reasons for the search, as detailed in this Affidavit, may cause flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and otherwise seriously jeopardize the investigation (e.g., prompting changes in behavior or notification of confederates).  Accordingly, I request that the Court issue an order that the search warrant, this Affidavit in support of the application for a search warrant, the application for a search warrant, and the attachments thereto, along with the order itself, be filed under seal until further order of the Court.

**CONCLUSION**

23.     Based on the information set forth in this Affidavit, and my training and experience, I respectfully submit there is probable cause to believe that February 18, 2021, at the corner of Vallejo Street and Jones Street in San Francisco, CA 94109, in the Northern District of California, **CORTEZ** committed attempted Mail Theft, in violation of 18 U.S.C. § 1708.


Dated:  August 27, 2021

                                                                                                                      s/
                                                                                        TYLER J. SHERMAN
                                                                                        U.S. Postal Inspector
                                                                                        United States Postal Inspection Service

Sworn to before me over the telephone and signed by me
pursuant to Fed.R.Crim.P 4.1 and 4(d) on this  27th
day of August 2021.

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

8