STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-7234
    Evan.Mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-MJ-71368-MAG |
| Plaintiff, | MOTION TO UNSEAL AND [PROPOSED] ORDER |
| v. | |
| MICHAEL JONATHAN CORTEZ, | |
| Defendant. | |

    The United States respectfully moves this Court to unseal the previously filed Criminal Complaint, Affidavit in Support of Criminal Complaint and Arrest Warrant, the Arrest Warrant, the Motion to Seal and Sealing Order, and the docket in the above-captioned case. This Motion to Unseal is being submitted concurrently with a Notice of Dismissal, which may be filed on the unsealed docket.

    The subject of the federal investigation is deceased. Therefore, the conditions which previously supported the sealing no longer exist.

DATED: April 25, 2022                                                Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

___/s/ Evan M. Mateer_____
EVAN M. MATEER
Special Assistant United States Attorney

**ORDER**

Upon motion of the United States and for good cause shown, IT IS HEREBY ORDERED that each docket entry in the above-captioned case be unsealed, including the Criminal Complaint, Affidavit in Support of Criminal Complaint and Arrest Warrant, the Arrest Warrant, the Motion to Seal and Sealing Order, and the docket. The government's Notice of Dismissal may be filed publicly on the unsealed docket.

DATED: _4/25/22_____    _____
                                          HON. HON. THOMAS S. HIXSON
                                          United States Magistrate Judge

MOT. TO UNSEAL AND [PROP.] ORDER
[UNDER SEAL]